

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD KALIN,

                              Plaintiff,

       -v-

XANBOO, INC., *et al.*,

                              Defendants.

No. 04 Civ. 5931 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties in the above-captioned action are hereby ORDERED to appear for a status

conference on **April 28, 2009 at 4:45 p.m.** in Courtroom **21C** of the United States District Court

for the Southern District of New York, 500 Pearl Street, New York, NY.

IT IS HEREBY ORDERED that, by **4:00 pm on April 23, 2009**, the parties shall jointly

submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

    (1)    A brief description of all outstanding motions, outstanding requests to file
motions, or contemplated motions;

    (2)    A brief description of any discovery remaining, specifying that which is
necessary for the parties to engage in meaningful settlement negotiations;

    (3)    A list of all prior settlement discussions, including the date, the parties
involved, and the approximate duration of such discussions, if any;

    (4)    The estimated length of trial;

    (5)    Any other information that you believe may assist this Court in resolving
this action.

In addition, the parties are directed to complete an amended Case Management plan and Order, which can be accessed from my Individual Rules on the Southern District website at **http://www1.nysd.uscourts.gov/judge_info.php?id=99,** and submit it to the Court not later than **4pm on April 23, 2009.**

The status letter and the proposed amended Case Management plan submitted to the Court pursuant to this Order should be emailed directly to my chambers at the following email address: **sullivannysdchambers@nysd.uscourts.gov.**  Do not file through ECF.  Please consult my Individual Rules with respect to communications with chambers and related matters.


SO ORDERED.


Dated:          April 3, 2009
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE